IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DAVID TIMOTHY MOORE, | * |
| Plaintiff, | * |
| v. | Case No.   5:19-cv-473-MTT-MSH |
| | * |
| COMMISSIONER OF THE GEORGIA DEPARTMENT OF CORRECTIONS et al., | * |
| Defendants. | * |

## J U D G M E N T

Pursuant to this Court's Order dated January 26, 2022, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 27th day of January, 2022.

David W. Bunt, Clerk

s/ Tydra Miller, Deputy Clerk